# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

144538

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 144538
                                     COA: 305632
                                     Wayne CC: 07-011878-01

LAKARI KAREEM BERRY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012                         _____

t0827                                        Clerk